Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: marc.kalagian@rksslaw.com

Attorneys for Plaintiff
Sheera Jean- Marie

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEERA JEAN- MARIE, | ) Case No.: CV 12-5423 JEM |
| | ) |
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,800.00 as

authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   March 15, 2013

*/s/John E. McDermott*_____
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-